# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MILDRED L. WEISBERG**, *INDIVIDUALLY AND AS EXECUTRIX OF ESTATE OF MORRIS L. WEISBERG,*<br><br>Plaintiff,<br><br>*v.*<br><br>**RICHARD C. WEISBERG,**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 2:19-cv-3521-KSM** |

## ORDER

**Marston, J.**                                                                                                                  **July 16, 2020**

      **AND NOW** this 16th day of July, 2020, upon consideration of the Motion of Defendant Richard Weisberg for Leave to File Amended Answer and Third Party Complaint to Add Parties (Doc. No. 18), Plaintiff Mildred Weisberg's response brief (Doc. No. 19), Richard Weisberg's reply brief (Doc. No. 22), and Mildred Weisberg's surreply brief (Doc. No. 23), it is **ORDERED** that the motion is **DENIED.**

**IT IS SO ORDERED.**

                                                                              **/s/KAREN SPENCER MARSTON**
                                                                              _____
                                                                              KAREN SPENCER MARSTON, J.